## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Andrew J. Smith
Plaintiff,
v.                                            Case No.: 1:18−cv−00621−WES−LDA

State of Rhode Island
Defendant.

## ORDER OF COURT

 Pursuant to Rule 5 of the Rules Governing Section 2254 Cases, the Attorney General is hereby ordered to file its response to the Petition under 28 U.S.C §2254 For Writ of Habeas Corpus By A Person In State Custody on or before March 18, 2019.

 It is so ordered.

February 15, 2019                         By the Court:

                /s/ William E. Smith
                United States Chief Judge